IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HELEN RYERSON,<br><br>　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　　CIVIL ACTION NO. 3:15-CV-03509-M<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Helen Ryerson files this Certificate of Interested Persons pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D) and LR 81.2 and would show the Court that the following persons have an interest in this proceeding:

Plaintiff, co Plaintiff's Counsel.

DATED: OCTOBER 28, 2015

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Clay A. Hartmann
　　　　　　　　　　　　　　　　　　Clay A. Hartmann
　　　　　　　　　　　　　　　　　　Attorney-in-Charge
　　　　　　　　　　　　　　　　　　State Bar No. 00790832
　　　　　　　　　　　　　　　　　　The Hartmann Firm
　　　　　　　　　　　　　　　　　　6677 Gaston Avenue
　　　　　　　　　　　　　　　　　　Dallas, Texas 75214
　　　　　　　　　　　　　　　　　　(214) 828-1822 (direct)
　　　　　　　　　　　　　　　　　　clay.hartmann@thehartmannfirm.com

　　　　　　　　　　　　　　　　　　ATTORNEY FOR HELEN RYERSON

**PLAINTIFF'S CERTIFICATE OF INTERESTD PERSONS – PAGE - 1**