IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| HELEN RYERSON, Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-03509-S-BK |
| | § | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, Defendant. | § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SIGNED this 29th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE